2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA


FILED
JAN 1 5 2010
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 Proceedings |
| Terri Lynn Jarrett Jama, | ) | |
| Debtor (s). | ) | Case No. 2:09-bk-29728-RTB |
| CitiMortgage, Inc. | ) | **(SARAH SHARER CURLEY)** |
| Movant, vs. | ) | |
| Terri Lynn Jarrett Jama, Debtor; and Dale D. Ulrich, Trustee, | ) | ORDER OF RECUSAL (CITIMORTGAGE, INC.) |
| Respondent (s). | ) | |

Before the court is the Motion For Relief From the Automatic Stay filed by CITIMORTGAGE, INC. It appearing that the Hon. Redfield T. Baum has a conflict of interest and must recuse himself from considering the motion and therefore;

IT IS HEREBY ORDERED pursuant to the provisions of 28 U.S.C.§ 455(b)(4) the undersigned Bankruptcy Judge is disqualified from considering this matter and refers it to the Clerk of the Court for reassignment to another bankruptcy judge for consideration.

DATED this 15 day of January, 2010.

Honorable Redfield T. Baum
United States Bankruptcy Judge

01/19/2010

Copy of the foregoing
mailed this  15  day of
January, 2010 to:

Mark S. Cosco
Leonard J. McDonald
TIFFANY & BOSCO
2525 East Camelback Road, Suite 300
Phoenix, Arizona   85016

Terry Lynn Jarrett Jama
4424 East Gelding Drive
Phoenix, Arizona   85032

Lyndon B. Steimel
14614 North Kierland Blvd., Suite N-135
Scottsdale, Arizona 85254

Dale D. Ulrich
PMB -615   1928 East Highland, #F104
Phoenix, Arizona   85016-4626

by_____
       Judicial Assistant